"O"

1

2

3

4

5

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11 | UNITED STATES OF AMERICA,          )   Case No. SA 16-0486M
                                        )
12 |              Plaintiff,            )   ORDER OF DETENTION AFTER
                                        )   HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13 |                                    )   U.S.C. . § 3143(a)]
                 v.                     )
14 |                                    )
                                        )
   | JAMILLA CHINUE LONGMIRE,           )
15 |                                    )
                                        )
16 |              Defendant.            )
                                        )

17

18         The defendant having been arrested in this District pursuant to a warrant issued by

19 | the United States District Court for the Central District of California for alleged violations

20 | of the terms and conditions of her supervised release; and

21         The Court having conducted a detention hearing pursuant to Federal Rule of

22 | Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23         The Court finds that:

24   A. ( X ) The defendant has not met her burden of establishing by clear and convincing

25         evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

26         This finding is based on:

27         Lack of bail resources; use of multiple identifiers; instant allegations.

28 | ///

1    and

2    B.  ( X ) The defendant has not met her burden of establishing by clear and convincing

3        evidence that she is not likely to pose a danger to the safety of any other person or

4        the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5        Prior criminal history; instant allegations.

6        IT THEREFORE IS ORDERED that the defendant be detained pending further

7    revocation proceedings.

8

9    Dated: ___10/20/2016___

10

11

12                                    DOUGLAS F. McCORMICK
                                     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2